UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JACOB ROUCH, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CAUSE NO. 3:18-cv-1025 RLM |
| | ) |
| NORFOLK SOUTHERN RAILWAY COMPANY, ET AL., | ) |
| | ) |
| Defendants | ) |

ORDER

Good cause having been show, the court GRANTS the AVI Foodsystems and Horst Benz's motion to extend the deadline to disclose FRCP 26(a)(2) expert witness and serve expert reports [Doc. No. 72] to March 2, 2020.

SO ORDERED.

ENTERED:  February 5, 2020

/s/ Robert L. Miller, Jr.
Judge, United States District Court