# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | |
|---|---|
| JACOB ROUCH, | ) |
|       Plaintiff, | ) |
|       v. | ) Case No. 3:18-CV-01025-RLM-MGG |
| NORFOLK SOUTHERN RAILWAY COMPANY, a corporation, | ) |
| PROFESSIONAL TRANSPORTATION, INC., a corporation, | ) |
| AVI FOOD SYSTEMS, INC., and | ) |
| HORST R. BENZ, | ) |
|       Defendants. | ) |

## NOTICE OF STATUS OF CASE

Come now Defendants, Norfolk Southern Railway Company and Professional Transportation, Inc., by counsel, FINE & HATFIELD, A Professional Corporation, and provide the following notice to the Court:

1. Mediation was held on May 26, 2020.

2. The mediator, Peter Schroeder, Esq., on June 23, 2020 served on counsel his Report of Mediation indicating a settlement was reached and filed same with the Court on June 26, 2020. *See* Document 80.

3. The settlement was reached between Plaintiff and the Defendants, Norfolk Southern Railway Company and Professional Transportation, Inc., and separately between Plaintiff and Defendants AVI Foodsystems, Inc. and Horst Benz.

1

4.        The Cross-claim filed by Norfolk Southern Railway Company versus AVI Foodsystems, Inc. and Horst Benz and the Cross-claim filed by AVI Foodsystems, Inc. and Horst Benz versus Norfolk Southern Railway Company are to remain pending on the Court's docket.

Respectfully submitted,

/s/ John J. Kreighbaum
John J. Kreighbaum        18039-49
A Member with the law firm of:
FINE & HATFIELD, A Professional Corporation
520 N.W. Second Street
P.O. Box 779
Evansville, Indiana 47705-0779
Telephone:  (812) 425-3592
Email: jjk@fine-hatfield.com

Attorneys for Defendants
Norfolk Southern Railway Company and
Professional Transportation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June 2020 a copy of the foregoing *Notice of Status of Case* was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ John J. Kreighbaum
John J. Kreighbaum

FINE & HATFIELD
*A Professional Corporation*
520 N.W. Second Street
P.O. Box 779
Evansville, Indiana 47705-0779